

# NUMBER 13-22-00233-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JULIE SMITH SHODROK,**                                                   **Appellant,**

**v.**

**THE LEE FIRM, P.C. D/B/A
LEE & LESINSKI AND
SAMANTHA FALCONER,**                                                   **Appellees.**

---

### On appeal from the 28th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Silva and Peña
### Memorandum Opinion by Justice Peña

This cause is before the Court on a joint motion to dismiss appeal. The parties, having resolved all matters between them, request the cause be dismissed.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a).

The joint motion to dismiss is granted, and the appeal is hereby dismissed. Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
20th day of April, 2023.